RECEIVED
CHARLOTTE, N.C.

JUL 0 8 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

FILED
IN COURT
STATESVILLE, N. C.

JUL 1 1 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:05CR3-V |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| **(2) FELIPE PINEDA-MENDOZA**) | | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to **FELIPE PINEDA-MENDOZA** only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, Defense Counsel and the United States Attorney's Office.

This 11th day of July, 2005.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE